Jeffrey D. Kaliel (CA Bar No. 238293)
jkaliel@kalielpllc.com
KALIEL PLLC
1875 Connecticut Ave., NW, 10th Floor
Washington, D.C. 20009
(202) 350-4783

Melissa Weiner (pending *pro hac vice*)
Christopher Moreland (pending *pro hac vice*)
HALUNEN LAW
80 South 8th Street, Suite 1650
Minneapolis, MN 55402
(612) 605-4098

Attorneys for Plaintiff Rosalinda Delacruz
and the Putative Class

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSALINDA DELACRUZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SERVICE CORPORATION INTERNATIONAL<br><br>Defendant. | **CASE NO. 1:18-cv-00154-LJO-EPG**<br><br>**ORDER ON STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS** |

The Court, having reviewed and considered the Stipulation to Continue the Hearing on the Motion to Dismiss, and good cause appearing, hereby APPROVES the Stipulation and ORDERS that the hearing on Defendant's Motion to Dismiss shall be continued to May 2, 2018 at 8:30 a.m., and that the briefing schedule on Defendant's Motion to Dismiss the Complaint for Lack of Personal Jurisdiction shall be extended as follows:

| | | |
|---|---|---|
| April 18, 2018 | | Plaintiff's brief in opposition to Defendant's Motion to Dismiss |
| April 25, 2018 | | Defendant's reply brief in support of Defendant's Motion to Dismiss |

IT IS SO ORDERED.

Dated: __**April 2, 2018**__     _____/s/ Lawrence J. O'Neill_____
                                              UNITED STATES CHIEF DISTRICT JUDGE