# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIND DELACRUZ, | Case No. 1:18-cv-00154-LJO-EPG |
| Plaintiff, | ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| v. | |
| SERVICE CORPORATION INTERNATIONAL, | (ECF No. 18) |
| Defendant. | |

On July 16, 2018, Plaintiff Rosalind Delacruz filed a notice of voluntary dismissal without prejudice. (ECF No. 18.) Defendants have not filed an answer or a motion for summary judgment. Accordingly, in light of the notice, the case has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 17, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1